FILED'09 NOV 02 15:48 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIE RAY WILLIAMS,                                    CV. 08-297-KI

       Petitioner,                                          JUDGMENT

  v.

MARK NOOTH,

       Respondent.

KING, Judge

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this 2nd day of November, 2009.

                                                /s/ Garr M. King
                                                Garr M. King
                                                United States District Judge

1 -- JUDGMENT